IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-7-GCM

SHEILA JACKSON

    Plaintiff,

v.

GARDA WORLD

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jessica Travers,** filed March 8, 2019 (Doc. No. 13).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Travers is admitted to appear before this court *pro hac vice* on behalf of Defendant, Garda World.

**IT IS SO ORDERED.**

Signed: March 12, 2019

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge